UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES G. BIRMINGHAM, et al.,

        Plaintiffs,                          HONORABLE PAUL L. MALONEY

v.                                              Case No. 1:15-cv-1123

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

        Defendants.
_____/

## JUDGMENT

    Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered,

Dated: September 23, 2016                    /s/   Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge